

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PROCEEDINGS BEFORE MAGISTRATE JUDGE **Dohnal**   DATE: **June 7, 2011**

CASE NO. **3:11mj252**          INTERPRETER _____

Tape NO. _____ ~~A~~

U.S. V. **Mohd Abu-Jamous**

Counsel for Government    **Brian R. Hood**

Counsel for Defendant(s)  **Robert Lichenstein**

WITNESSES: _____

PROCEEDINGS:   INITIAL APPEARANCE **✓**    DETENTION HEARING _____

      Gov't's motion to unseal indictment, granted
✓    ARREST DATE **June 7, 2011**
✓    Court summarized charges
✓    Court advises of deft's Rule 5 rights
      Financial Affidavit submitted for approval
      CJA counsel to be appointed
      Deft. to retain counsel
      Gov't's motion to detain deft. ____ granted ____ denied
      Deft requests continuance to prepare for detention hearing
      Gov't. requests continuance to prepare for detention hearing
      Detention hearing set for _____
      Order of Temporary Detention pending hearing
      Gov't. adduced evidence, rested
      Deft. adduced evidence, rested
      Arguments heard
✓    Findings stated from the bench

_____    **Order of Detention Pending Trial**
_____    **Court: Orders bond set at** _____

_____ Residence/travel restricted to EDVA
✓ Pretrial Supervision
_____ No drugs, firearms, alcohol
_____ Maintain/seek employment
_____ Avoid contact with potential witnesses, victims, etc.
_____ substance abuse testing and treatment; pay costs
✓ Electronic monitoring; pay costs
_____ 3rd party custodian
_____ Maintain contact with attorney
✓ Surrender passport  ✓ obtain no passport
_____ If deft pleads guilty or found guilty report to PO
_____ May report to AUSA as long as attorney is present
_____ Remain inside and may only leave with approval of Pretrial
✓ Additional conditions:
Telephonic contact must be made w/ PTS as directed until EMS is in place

Deft. remanded to custody for transportation to the District of Maryland.

Case set: 11:00   Case called: 11:28   Case ended: 11:34   Total: :06 /:34